# Order

Michigan Supreme Court
Lansing, Michigan

November 20, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146791(118)

STATE OF MICHIGAN ex rel. MARCIA GURGANUS,

       Plaintiff-Appellee,

v

CVS CAREMARK CORPORATION, CVS PHARMACY, INC., CAREMARK, L.L.C., CAREMARK MICHIGAN SPECIALTY PHARMACY, L.L.C., CAREMARK MICHIGAN SPECIALTY PHARMACY HOLDING, L.L.C., CVS MICHIGAN, L.L.C., WOODWARD DETROIT CVS, L.L.C., REVCO DISCOUNT DRUG CENTERS, INC., KMART HOLDING CORPORATION, SEARS HOLDINGS CORPORATION, SEARS HOLDINGS MANAGEMENT CORPORATION, SEARS, ROEBUCK & COMPANY, RITE AID OF MICHIGAN, INC., PERRY DRUG STORES, INC., TARGET CORPORATION, KROGER COMPANY OF MICHIGAN, KROGER COMPANY, WALGREEN COMPANY, and WAL-MART STORES, INC.,

       Defendants-Appellants.

SC: 146791
COA: 299997
Kent CC: 09-003411-CZ

_____/

CITY OF LANSING and DICKINSON PRESS, INC.,

       Plaintiffs-Appellees,
       Cross-Appellants,

v

RITE AID OF MICHIGAN, INC., and PERRY DRUG STORES, INC.,

       Defendants-Appellants,
       Cross-Appellees.

SC: 146792
COA: 299998
Kent CC: 09-007827-CZ

_____/

CITY OF LANSING, DICKINSON PRESS,
INC., and SCOTT MURPHY,

      Plaintiffs-Appellees,
      Cross-Appellants,

v

CVS CAREMARK CORPORATION, CVS
PHARMACY, INC., CAREMARK, L.L.C.,
CAREMARK MICHIGAN SPECIALTY
PHARMACY, L.L.C., CAREMARK
MICHIGAN SPECIALTY PHARMACY
HOLDING, L.L.C., CVS MICHIGAN, L.L.C.,
WOODWARD DETROIT CVS, L.L.C.,
REVCO DISCOUNT DRUG CENTERS, INC.,
KMART HOLDING CORPORATION, SEARS
HOLDINGS CORPORATION, SEARS
HOLDINGS MANAGEMENT CORPORATION,
SEARS, ROEBUCK & COMPANY, TARGET
CORPORATION, KROGER COMPANY OF
MICHIGAN, KROGER COMPANY,
WALGREEN COMPANY, and WAL-MART
STORES, INC.,

      Defendants-Appellants,
      Cross-Appellees.

_____/

SC: 146793
COA: 299999
Kent CC: 10-000619-CZ

On order of the Chief Justice, the joint motion of the parties to seal the Supreme Court file in part and to permit the filing of documents and records under seal is GRANTED. Pursuant to this order, the sealed files of the Kent Circuit Court and Court of Appeals shall remain sealed while at the Supreme Court. Further, the parties shall file under seal any documents or records that contain confidential information with this Court. A redacted version of any such document or record shall also be filed with this Court to be made part of the public record. Finally, the parties shall serve on counsel of record for each party an unredacted copy of any document or record filed with this Court and provide access to unredacted materials to outside counsel or in-house counsel assigned to this litigation. Counsel shall maintain the confidentiality of all sealed documents or records.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2013

                                                Clerk